**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00360-REB-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. LEOPOLDO MORENO-VERA,

     Defendants.

## MINUTE ORDER[1]

     On **November 10, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing for defendant Moreno-Vera. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: November 5, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.