**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  LEOPOLDO MORENO-VERA,

    Defendants.

---

## MINUTE ORDER[1]

---

    The change of plea hearing set for November 24, 2010, is **VACATED** and is **CONTINUED** to **December 2, 2010**, at 9:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  November 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.